Dean B. Herman (SBN 076752)
Catherine L. Rivard (SBN 126237)
Karen Luong (SBN 246809)
MENDES & MOUNT, LLP
445 S. Figueroa Street, 38th Floor
Los Angeles, CA 90071
Tel: (213) 955-7700
Fax: (213) 955-7725
E-mail:   Dean.Herman@mendes.com
          Catherine.Rivard@mendes.com
          Karen.Luong@mendes.com

Attorneys for Plaintiff
STATE NATIONAL INSURANCE COMPANY, INC.

NOTE: CHANGES MADE BY THE COURT

JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE NATIONAL INSURANCE COMPANY, INC., a Texas Corporation,<br><br>Plaintiff,<br><br>v.<br><br>TLT TRUCKING, INC., a California Corporation, JUAN MANUEL GALINDO, a California resident, RLI INSURANCE CORPORATION, an Illinois Corporation, and DOES 1 through 60, inclusive,<br><br>Defendants. | CASE NO. 2:10-cv-09663-JFW<br><br>**JUDGMENT AGAINST DEFENDANTS TLT TRUCKING, INC. AND RLI INSURANCE CORPORATION** |

Having read and considered the papers submitted in connection with State National Insurance Company, Inc.'s application,

IT IS ORDERED, that judgment be, and hereby is, ENTERED as follows:

1. Pursuant to Federal Rule of Civil Procedure section 55(b)(2), Plaintiff State National Insurance Company, Inc. is entitled to default judgment against TLT Trucking, Inc. and RLI Insurance Corporation;

2. It is declared that State National has no duty to defend, indemnify, or

1

**JUDGMENT IN SUPPORT OF STATE NATIONAL INSURANCE COMPANY, INC.'S APPLICATION FOR ENTRY OF DEFAULT JUDGMENT**

pay anything to Defendant TLT Trucking, Inc., in connection with the action entitled *RLI Insurance Corporation v. MSM Canadian Transport, LLC, et al.*, Case No. 3:10-cv-00878-IEG (RBB);

3. It is declared that State National has no duty to defend, indemnify, or pay anything to Defendant RLI Insurance Corporation in connection with the action entitled *RLI Insurance Corporation v. MSM Canadian Transport, LLC, et al.*, Case No. 3:10-cv-00878-IEG (RBB); and

4. State National shall recover its costs of suit as prayed for in the First Amended Complaint.

IT IS SO ORDERED.

Dated: May 17, 2011

_____
United States District Judge